In the Matter of the Claims of LORENA M. HEARY and MAY KASS-MAN, Respondents, against LOUIS DRAUDT et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued April 14, 1942; decided April 30, 1942.

594

*Manly Fleischmann* and *Gordon Steele* for appellants.

*Edward B. Horning* and *William J. Brock* for claimants, respondents.

*John J. Bennett, Jr., Attorney-General (John F. Loehr* and *Henry Epstein* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.